**Dismiss and Opinion Filed April 14, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00808-CV

**DOMINIC STRICKLAND, Appellant**
**V.**
**WESTWOOD TOWNHOMES, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-02964-D**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal submitted without a reporter's record and appellant's brief to be filed by February 13, 2021. By postcard dated March 8, 2021, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file his brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed

a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

200808F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DOMINIC STRICKLAND,
Appellant

No. 05-20-00808-CV      V.

WESTWOOD TOWNHOMES,
Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-20-02964-D.
Opinion delivered by Justice Schenck. Justices Reichek and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 14th day of April, 2021.